UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLEVEN JOSEPH MOORER,
    Plaintiff,

vs.                                                            Case No.: 3:21cv84/TKW/EMT

ROGER VINSON, Senior Judge,
    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 6). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case is frivolous. Accordingly, it is

**ORDERED** that:

1. The Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED**, all pending motions are **DENIED as moot**, and the Clerk shall close the file

**DONE AND ORDERED** this 1st day of March, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**